UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA L VALLE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No. 16-cv-02358-JSW<br><br>**ORDER DIRECTING PLAINTIFF TO INFORM COURT WHETHER SHE CONSENTS TO MAGISTRATE JUDGE JURISDICTION FOR ALL PURPOSES** |

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b). Defendant has filed consent. Plaintiff is hereby DIRECTED to advise the Court, within 14 calendar days after the filing of this order, as to whether Plaintiff consents to have a magistrate judge conduct all further proceedings in this action.[1]

For the parties' convenience, consent forms are available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a specific magistrate judge. The parties may find additional information in the brochure

///
///
///
///
///

---

[1] Normally, the Court would direct the parties to so inform the Court in their joint case management statement filed in connection with a case management conference. Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.

*Consenting to the Jurisdiction of a Magistrate Judge*, which is available at http://www.cand.uscourts.gov, as a link to each magistrate judge's page on the Court's website.

**IT IS SO ORDERED.**

Dated: May 24, 2016

_____
JEFFREY S. WHITE
United States District Judge