UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANA VALLE, | Case No. 16-cv-02358-JSW |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES** |
| CAROLYN W. COLVIN, | |
| Defendant. | Re: Dkt. Nos. 6, 7, 8 |

Pursuant to Northern District of California Civil Local Rules 72 and 73 and the consent of the parties, this matter is hereby referred to a randomly-assigned Magistrate Judge for all purposes including any trial or other final disposition and entry of judgment.

**IT IS SO ORDERED.**

Dated: June 1, 2016

_____
JEFFREY S. WHITE
United States District Judge


cc: Magistrate Judge Referral Clerk